# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3085

Caterers in the Park LLC v. Ohio Security Insurance Co

(U.S. District Court No.: 2-20-cv-06867)

**ORDER**

    It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 15, 2024
CJG/cc:    James E. Cecchi, Esq.
           Melissa M. D'Alelio, Esq.
           Steven L. Penaro, Esq.
           Melissa E. Rhoads
           Lindsey H. Taylor, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate